DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENTON SYLVESTER HICKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1035

[April 16, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 502024CF005657AXXXMB.

Daniel Eisinger, Public Defender, and Robert Gerald Porter, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***